**Opinion issued September 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00535-CR

———————————

## IN RE JASON T. PEGUES, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

## MEMORANDUM OPINION

In this original proceeding, relator, Jason T. Pegues, seeks mandamus relief compelling the trial court to rule on a motion for DNA testing. The petition for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).